**Dismissed and Opinion Filed February 8, 2013**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-00247-CV

---

### CHARLES SHAVERS JR., Appellant
### V.
### COMMISSION FOR LAWYER DISCIPLINE, Appellee

---

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC- 11-05449**

---

## MEMORANDUM OPINION
Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice FitzGerald

By order dated September 14, 2012, the Court ordered this appeal submitted without the reporter's record and notified appellant his brief was due thirty days from the date of the order. By postcard dated October 15, 2012, we notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that if the brief and extension motion were not filed within ten days the appeal would be dismissed. To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).

KERRY P. FITZGERALD
JUSTICE

120247F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

CHARLES SHAVERS JR., Appellant

No. 05-12-00247-CV      V.

COMMISSION FOR LAWYER
DISCIPLINE, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC- 11-05449.
Opinion delivered by Justice FitzGerald.
Justices Fillmore and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee COMMISSION FOR LAWYER DISCIPLINE recover its costs of this appeal from appellant CHARLES SHAVERS JR..

Judgment entered this 8th day of February, 2013.

KERRY P. FITZGERALD
JUSTICE